**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-00122-RBD-LHP

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

MYRTLE BEACH VIP PARTY BUS, LLC,

    Defendant.

## DECLARATION OF DANIEL DESOUZA

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.'s ("Plaintiff") Motion for Default Final Judgment against defendant Myrtle Beach VIP Party Bus, LLC ("Defendant"). This declaration and the facts stated herein are based upon my personal knowledge.

2. I have been a member in good standing of the New York Bar since 2005 and the Florida Bar since 2006. I am one of two principal partners of the law firm CopyCat Legal PLLC ("CopyCat Legal"), which has provided legal services to Plaintiff in this action throughout the pendency of this action.

3. I am a 2004 graduate of the George Washington University Law School and am admitted to the Florida Bar, the New York Bar, and the District of Columbia Bar. I am likewise admitted to several federal courts throughout the country, including: (a) the United States Court of Appeals for the Eleventh Circuit; (b) the United States Court of Appeals for the Eighth Circuit; (c) the United States Court of Appeals for the Tenth Circuit; (d) the United States District Court for the Southern District of Florida; (e) the United States District Court for the Middle District of Florida; (f) the United States District Court for the Northern District of Florida; (g) the United States District Court for the Southern District of Texas; (h) the United States District Court for the Eastern District of Texas; (i) the United States District Court for the Southern District of New York; (j) the United States District Court for the Eastern District of New York; (k) the United States District Court for the Northern District of New York; (l) the United States District Court for the Western District of Arkansas; (m) the United States District Court for the District of Nebraska; (n) the United States District Court for the District of New Mexico; (o) the United States District Court for the District of Colorado; (p) the United States District Court for the Eastern District of Michigan; (q) the United States District Court for the Western District of Michigan; (r) the United States District Court for the Northern District of Illinois; (s) the United States District Court for the District of Maryland; (t) the United States District Court for the Western District of Texas;

(u) the United States District Court for the Eastern District of Missouri; (v) the United States District Court for the District of Columbia; and (w) the United States District Court for the Western District of Pennsylvania.  I previously worked at Milbank, Tweed, Hadley & McCloy LLP (from 2004 – 2010) and Becker & Poliakoff, PA (from 2010 – 2014) before forming DeSouza Law, P.A. in 2014 and CopyCat Legal in 2019.

   4. Since 2004, my practice has principally focused on business/complex commercial and intellectual property litigation.  During that time, I have served as counsel of record in dozens of copyright infringement, trade secret, and trademark infringement lawsuits.  In total, I have served as counsel of record in approximately 400 federal civil and/or bankruptcy actions and 250+ state court lawsuits in Florida/New York.

   5. In addition to myself, a junior associate (Meghan Medacier) also billed time on this matter. She is a 2021 graduate of The University of Florida Levin College of Law, where she served on law review. She previously worked at Cole, Scott & Kissane, P.A. prior to joining CopyCat Legal in 2023. She is admitted to the Florida Bar, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, and the United States District Court for the District of Colorado.

   6. The purpose of this declaration is to memorialize the fees for legal

services, costs, and expenses provided by CopyCat Legal in the above-captioned case through the present date.

7. CopyCat Legal establishes standard hourly rates for services provided by its attorneys. These rates are within the range charged by other lawyers in South Florida and are fair and reasonable rates for this type of work.

8. I am familiar with the services provided to Plaintiff in this action and the rates charged for such work.

9. The attorneys and paralegals at CopyCat Legal record the time spent on matters contemporaneously on electronic billing software/time sheets. Each time entry includes the date the work is performed, the client and matter numbers, the time spent, and a brief description of the nature of the work performed.

10. Through the present date, I expended 2.00 hours of attorney time in prosecuting this matter on Plaintiff's behalf, our associate attorney (Meghan Medacier) expended 5.80 hours of attorney time in prosecuting this matter on Plaintiff's behalf, and our paralegal (Denise Sosa) expended 1.80 hours of time in prosecuting this matter on Plaintiff's behalf. This includes the time spent to investigate the alleged infringement, drafting an initial notice letter to Defendant, drafting the Complaint in this matter, attempting service, drafting the Motion for Clerk's Default, drafting the Motion for Entry of Default Judgment, and drafting the exhibits/supporting declarations for such motion. All of these time entries are

reflected in CopyCat Legal's billing records that are being provided in connection herewith as **Exhibit "1."**

11.     My billable rate for copyright/intellectual property matters at CopyCat Legal is $450.00 per hour, the rate for associate attorneys is $325.00, and the rate for paralegals is $125.00 per hour. These rates are within the range charged by other lawyers in South Florida with similar experience/background and is fair and reasonable for this type of work. See, e.g., Afford. Aerial Photography, Inc. v. Elegance Transp., Inc., No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586, at *30 (M.D. Fla. Feb. 23, 2022) (report & recommendation)[1] (finding undersigned counsel's rate reasonable in copyright infringement lawsuit in which undersigned counsel was primary attorney); Shelton v. Liberty Mut. Fire Ins. Co., No. 8:12-cv-2064-T-30AEP, 2014 U.S. Dist. LEXIS 19874, at *6 (M.D. Fla. Feb. 18, 2014) (finding $425.00 per hour reasonable for AV-rated lead attorney who "has been practicing for nearly 17 years"); Ikpe v. Kreative Therapy & Rehab Ctr., Inc., Case No. 18-23217-CIV, 2019 U.S. Dist. LEXIS 47106, at *2 (S.D. Fla. Mar. 20, 2019) (J. Williams) (holding that $400.00 per hour was a reasonable rate for an attorney with 16 years of experience in an FLSA case); ADT LLC, v. Sec. Networks, LLC, No. 12-81120-Civ-Hurley/Hopkins, 2018 U.S. Dist. LEXIS 5974, at *25 (S.D. Fla. Jan. 11, 2018) (finding rates of $425.00 - $440.00 per hour reasonable for

---

[1]     A default judgment in favor of Plaintiff and against Defendants was entered on March 14, 2022 [D.E. 17].

attorney with over 15 years' experience, admitted to multiple states, and who practices complex commercial litigation); Bork v. Quynh, No. 2:19-cv-354-FtM-38MRM, 2020 U.S. Dist. LEXIS 202810, at *4 (M.D. Fla. Oct. 14, 2020) (hourly rate of $450.00 per hour reasonable for 10-year attorney in copyright infringement lawsuit); Newman v. Eduardo Meloni, P.A., No. 0:20-CV-60027-UU, 2020 U.S. Dist. LEXIS 163064 , at *2 (S.D. Fla. Sept. 4, 2020) (finding a $450 per hour requested rate reasonable in class action lawsuit for senior partner with sixteen years of experience and a $350 per hour requested rate reasonable for associate with more than five years of experience); Parrot, Inc. v. Nicestuff Distrib. Int'l, Inc., 2010 U.S. Dist. LEXIS 16128, 2010 WL 680948, at *12 (S.D. Fla. Feb. 24, 2010) (finding reasonable hourly rates for commercial litigator with 22 years of experience to be in the range of $475.00 - $500.00).

12.   Further, the hourly rates for both myself, associates, and for CopyCat Legal's paralegals have previously been found to be reasonable by multiple federal courts. See, e.g., Patriot Fine Foods, at pp. 11 – 12 ("In light of counsel's experience (*see id.* ¶¶ 2–5), and the prevailing market rates, and Defendant's failure to oppose the reasonableness of the rate, I find that the proposed hourly rate of $450 is reasonable based upon the facts and circumstances of this case, including Defendant's default."); Afford. Aerial Photography, Inc. v. Elegance Transp., Inc., No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586, at *29 (M.D. Fla. Feb.

23, 2022) (finding undersigned counsel's $450.00 hourly rate and Ms. Thomas' $125.00 hourly rate to be reasonable in copyright infringement case); Temurian v. Piccolo, No. 18-CV-62737-SMITH/VALLE, 2021 U.S. Dist. LEXIS 63144, at *6 (S.D. Fla. Mar. 30, 2021) (in commercial litigation case, finding undersigned counsel's $400.00 hourly rate reasonable for work performed from 2018 – 2020).

13. Plaintiff is entitled to recover its reasonable attorneys' fees incurred in this action pursuant to 17 U.S.C. § 505. Plaintiff had incurred reasonable attorneys' fees in the amount of $3,010.00. True copies of CopyCat Legal's billing records, setting forth the time incurred on this matter, are annexed hereto as **Exhibit "1."**

14. I am familiar with the lodestar method of determining the reasonableness of attorneys' fees. The above-described fees are reasonable for the services provided to Plaintiff.

15. In addition, CopyCat Legal incurred $636.45 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable. Invoices for such are attached hereto and separately on Plaintiff's Bill of Costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2023                                   /s/ Daniel DeSouza____
                                                         Daniel DeSouza

**EXHIBIT "1"**

**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228



**Rebecca Jones**

| | |
|---|---|
| **Balance** | $3,646.45 |
| **Invoice #** | 00164 |
| **Invoice Date** | August 16, 2023 |
| **Payment Terms** | |
| **Due Date** | |

**Prepared Food Photos, Inc. v Myrtle Beach VIP Party Bus, LLC**

**Time Entries**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 08/29/2022 | DD | Time | Drafted and sent demand package. | $450.00 | 1.20 | $540.00 |
| 09/14/2022 | DS | Time | Spoke with infringer regarding infringement and demand letter. | $125.00 | 0.30 | $37.50 |
| 09/22/2022 | DS | Time | Spoke with infringer regarding legal counsel and settlement. | $125.00 | 0.20 | $25.00 |
| 09/28/2022 | DS | Time | Sent follow up email to infringer. | $125.00 | 0.10 | $12.50 |
| 10/06/2022 | DS | Time | Follow up call to infringer. | $125.00 | 0.10 | $12.50 |
| 10/13/2022 | DS | Time | Follow up call to infringer. | $125.00 | 0.10 | $12.50 |
| 12/12/2022 | DS | Time | Sent follow up email to infringer. | $125.00 | 0.10 | $12.50 |
| 01/18/2023 | MM | Time | Drafted complaint for supervising attorney's review. | $325.00 | 2.10 | $682.50 |
| 01/18/2023 | DD | Time | Reviewed and edited draft complaint. | $450.00 | 0.40 | $180.00 |
| 01/24/2023 | MM | Time | Incorporated supervising attorney's edits and filed complaint, summons and cover sheet. | $325.00 | 0.30 | $97.50 |
| 01/25/2023 | DS | Time | Sent summons to process server. | $125.00 | 0.10 | $12.50 |
| 01/31/2023 | DS | Time | Follow up with process server. | $125.00 | 0.10 | $12.50 |
| 02/03/2023 | DS | Time | Follow up with process server. | $125.00 | 0.10 | $12.50 |
| 02/08/2023 | DS | Time | Follow up with process server. | $125.00 | 0.10 | $12.50 |
| 02/21/2023 | DS | Time | Follow up with process server. | $125.00 | 0.10 | $12.50 |
| 03/23/2023 | DS | Time | Sent new summons to process server. | $125.00 | 0.10 | $12.50 |
| 03/24/2023 | DS | Time | Follow up with process server. | $125.00 | 0.10 | $12.50 |
| 03/29/2023 | DS | Time | Filed return of non-service with court. | $125.00 | 0.10 | $12.50 |

| DATE | EE | ACTIVITY | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 05/02/2023 | DS | Time | File Notice of Filing Proof of Service of First Amended Complaint . | $125.00 | 0.10 | $12.50 |
| 05/31/2023 | MM | Time | Drafted and filed Renewed Motion for Clerk's Default with Memorandum of Law. | $325.00 | 0.50 | $162.50 |
| 08/10/2023 | MM | Time | Drafted Motion for Default Final Judgment, Proposed Order on Default Final Judgment, and declarations in support. | $325.00 | 2.60 | $845.00 |
| 08/14/2023 | DD | Time | Reviewed Motion for Default Final Judgment, Proposed Order on Default Final Judgment, and declarations in support. | $450.00 | 0.40 | $180.00 |
| 08/14/2023 | MM | Time | Incorporated edits and filed default motion. | $325.00 | 0.30 | $97.50 |
| | | | Totals: | | **9.60** | **$3,010.00** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 01/24/2023 | DS | Complaint Filing Fee | | $402.00 | 1.0 | $402.00 |
| 03/09/2023 | DS | Process Server | Central Florida Process - Inv. #00611 | $45.00 | 1.0 | $45.00 |
| 03/27/2023 | DS | Process Server | Tracker Legal - Inv. #23INV4 (South Carolina Address) | $179.45 | 1.0 | $179.45 |
| 04/14/2023 | EC | Expense | Service of Process through Secretary of State | $10.00 | 1.0 | $10.00 |
| | | | | | Expense Total: | **$636.45** |

| | |
|---|---|
| Time Entry Sub-Total: | $3,010.00 |
| Expense Sub-Total: | $636.45 |
| **Sub-Total:** | **$3,646.45** |
| **Total:** | $3,646.45 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$3,646.45** |

| | | |
|---|---|---|
| Central Florida Process and Investigation<br>1516 E. Colonial Drive<br>Suite 201<br>Orlando, FL 32803<br>Phone: (407) 709-8707<br>26-2052015 | **INVOICE** | Invoice #PKP-2023000611<br>3/6/2023<br>Original Date: 2/24/2023<br> |

DANIEL DESOUZA, ESQ.
COPYCAT LEGAL
3111 N. UNIVERSITY DRIVE
SUITE 301
CORAL SPRINGS, FL 33065

**Case Number: MIDDLE 6:23-CV-00122**

Plaintiff:
**PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICATIONS CO., INC.**

Defendant:
**MYRTLE BEACH VIP PARTY BUS, LLC**

Received: 1/25/2023   Non-Served: 2/24/2023  NON-SERVE - COMMENTS
To be served on: MYRTLE BEACH VIP PARTY BUS, LLC C/O SHAJI JOHN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$45.00** |

SERVING LEGAL DOCUMENTS SINCE 1989.
Thank you for contacting me.  I appreciate your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 2 / 2

INVOICE



# Tracker Legal
## Process Servers

Tracker Legal Services

PO BOX 38914

Charlotte, NC 28278

980 335 9594

payment@trackerlegalservices.com

| | |
|---|---|
| DATE | 3/24/23 |
| INVOICE NO. | 23INV44 |

*Due on receipt*

**BILL TO**

Copycat Legal PLLC

3111 North University Drive, Suite 301

Coral Springs, Florida 33065

T: 877-437-6228

Email: denise@copycatlegal.com

**MAIL TO**

Copycat Legal PLLC, Attn: Denise Sosa

3111 North University Drive, Suite 301, Coral Springs, Florida 33065

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Base Rate for Lancaster County (Lancaster, SC area) | 1 | 115.00 | 115.00 |
| Mileage: 1 attempt was made. $.66 per mile. (86.8 miles) | 86.8 | 0.66 | 56.85 |
| Copy Costs: $0.20 per page for copies (23 Pages) | 13 | 0.20 | 2.60 |
| **Service On/At: Lynn C. James (Registered Agent), 1198 Memorial Park Road, Lancaster, SC 29720** | 1 | 0.00 | 0.00 |
| Mailing, Drive Time, Parking, Notary, Routine Service | 1 | 5.00 | 5.00 |
| Plaintiff: Prepared Food Photos v Myrtle Beach VIP Party Bus | 1 | 0.00 | 0.00 |
| Misc. Bad Address | | 0.00 | 0.00 |

Remarks / Payment Instructions:

Option 1: Make checks payable to Ryan Mercer w/ Tracker Legal Services, LLC and mail to PO BOX 38914, Charlotte, NC 28278.

Option 2: Make credit card payments to our PayPal or Zelle or Venmo account.

You can use 1 of 2 PayPal payment options (both require logging into your PayPal account.)

Once you log into your PayPal.com account just enter our email: payment@trackerlegalservices.com

Log into PayPal and use our direct link: https://paypal.me/trackerlegalservices

Make a payment through the Zelle or Venmo using our business number, 980-335-9594. *Preferred for Non-Attorney Clients*

| | |
|---|---|
| SUBTOTAL | 179.45 |
| | 0.00 |
| SUBTOTAL - DISCOUNT | 179.45 |
| TAX RATE | 0.00% |
| TOTAL TAX | 0.00 |
| SHIPPING/HANDLING | 0.00 |
| **Balance Due** | **$ 179.45** |